```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――――

IN RE. NAVIENT SOLUTIONS, LLC.    21-cv-2897 (JGK)

ORDER

―――――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

The parties are directed to appear for a teleconference on Friday, April 16, 2021 at 3:30 p.m. by dialing 888-363-4749, code 8140049.

Navient Solutions, LLC is directed to submit a response to the motion for an emergency stay by 9:00 a.m. on April 16, 2021.

**SO ORDERED.**

Dated:    New York, New York
          April 15, 2021              /s/ John G. Koeltl
                                         John G. Koeltl
                                  United States District Judge