**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────────

**IN RE. NAVIENT SOLUTIONS, LLC.**                21-cv-2897 (JGK)

                                                  <u>ORDER</u>

────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    For the reasons explained on the record at today's teleconference, the application for an emergency stay in ECF No. 5 is denied.

**SO ORDERED.**

**Dated:**    New York, New York
           April 16, 2021        <u>/s/ John G. Koeltl</u>
                                          John G. Koeltl
                                United States District Judge