UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: NAVIENT SOLUTIONS, LLC.

21-cv-2897 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

A bankruptcy appeal in this action has been filed with the Court. It is hereby ordered that:

1. The appellant shall file and serve a brief with any supporting papers by **January 4, 2022**;
2. Response(s) to the appellant's brief shall be filed and served by **January 26, 2022**;
3. Replies to the response(s) shall be filed and served by **February 10, 2022**.

SO ORDERED.
Dated:   New York, New York
         December 6, 2021

_____
John G. Koeltl
United States District Judge