UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE NAVIENT SOLUTIONS, LLC,

                Putative Debtor.

LABARRON TATE ET AL.,

21 CIVIL 2897 (JGK)

**JUDGMENT**

                Appellants,

    -against-

NAVIENT SOLUTIONS, LLC,

                Appellee.
-----------------------------------------------------------X

[USDC SDNY stamp: DOCUMENT ELECTRONICALLY FILED, DOC #: ___, DATE FILED: 3/23/2022]

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 23, 2022, the Court has considered all of the arguments of the parties. To the extent not addressed herein, the arguments are either moot or without merit. The orders of the bankruptcy court are affirmed; accordingly, the case is closed.

**Dated:** New York, New York
         New York, New York
         March 23, 2022

                                                        **RUBY J. KRAJICK**

                                                         Clerk of Court
                               BY:
                                                          Deputy Clerk