UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

IN RE NAVIENT SOLUTIONS, LLC,

              Putative Debtor.

LABARRON TATE ET AL.,

              Appellants,

   - against -

NAVIENT SOLUTIONS, LLC,

              Appellee.
―――――――――――――――――――――――――――――

21-cv-2897 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The appellee should respond to the motion for reconsideration by **April 21, 2022**. The appellants may reply by **May 2, 2022**.

SO ORDERED.

New York, NY
April 7, 2022

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                                United States District Judge